LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

June 14, 2022

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #15.

SO ORDERED.

*[signature]*

June 15, 2022

Re: *United States v. Sumlin*, 22 Cr. 216 (JMF)

Your Honor:

    I write respectfully to request permission to file Mr. Sumlin's sentencing submission (Dkt. 14) with redactions on the photographs of him with his daughter. The redactions are solely to photographs. They do not keep form the public the substance – or any – of Mr. Sumlin's sentencing arguments. Redacting the photographs is within the spirit of the Southern District's ECF Rules, which permits using initials in place of minors' names, and consistent with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Thank you for your consideration.

                                           Respectfully submitted,

                                           /s/ Benjamin Silverman
                                           Benjamin Silverman
                                           *Attorney for Corey Sumlin*

cc: AUSA Andrew Jones (by ECF)