

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2024

<span style="color:blue">Application GRANTED. The conference is RESCHEDULED to May 22, 2024, at 12:15 p.m. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

May 14, 2024</span>

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Corey Sumlin*, 22 Cr. 216 (JMF)

Dear Judge Furman:

The Government respectfully requests that the Court adjust the start time of the conference that is scheduled on May 22, 2024 from 11:30 AM to 12:15 PM. The change is requested because I have another court appearance that conflicts with the current start time. I have confirmed with defense counsel and the defendant's probation officer, and all parties are available at 12:15 PM.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____
Andrew Jones
Assistant United States Attorney
(212) 637-2249

cc:   Benjamin Silverman, Esq. (by ECF)
     USPO Amber Wilton (by email)